Civil Complaint (Federal Law) (Actual-Malice Rule)

I'm doing a complaint for the violation of my rights of the U.S Constitution of Federal Law. The Constitutional Actual-Malice Rule which is being violated by federal officials of a capacity of intentional torts of defamation of slander and criminal libel. My name have been slandered by this capacity of individuals through a act of malice. The actual malice was established by oral statements of a third party are more and passed down to serval individuals, as well as inmates housed in the facility with me at the Miami Flordia Federal Detention Center. The federal officials allowed indivisuals by the name of Catherine Brewton A.K.A. "Cat", Shawn Hey, Tomeka Prescott, Timothy Witcher A.K.A Unique, to come into the facility of Miami Flordia and use devices such as the walky talkies, the intercoms, as well as third party statements being passed down through the federal officials who works at the facility on every shift. I have signatures of serval witnesses in this complaint who have heard the statements being broadcasted over the intercom to the community of inmates housed with me all through the day and night. The statements that's being broadcasted are statements of them calling me a crackhead, I'm in the line of ministry they're making statements of me by calling me a fake, they're also making statements of calling me a creep and telling the inmates housed with me as well as the workers who work here to tell me that they don't like the way I look and that they want me to give up doing the ministry of preaching the Gospel of Jesus Christ, they're also sending threats to me through inmates as well as workers at the Miami FDC telling them that they're gonna have me killed

I'M GONNA BE DEAD SOON IF I DON'T GIVE UP DOING MY MINISTRY OF PREACHING THE GOSPEL OF JESUS CHRIST, WHICH IS ANOTHER VIOLATION OF ONE OF MY CONSTITUTIONALS WHICH IS THE FIRST AMENDMENT (FREEDOM OF RELIGION). THE DEFAMATIONS IS CAUSING ALOT OF CONTEMPT AND WRATH AS WELL AS PUBLIC HATRED AND A BIG RIDICULE TOWARDS ME AT THE DARLINGTON COUNTY DETENTION CENTER AS WELL AS EVERYWHERE I GO. AS A RESOURCE OF EVIDENCE TO THIS CIVIL TORT, I HAVE SEVERAL WITNESSES, AS WELL AS THE 24/7 SECUILLECANCE SYSTEM THAT WE CAN COMPEL SO THAT YOU CAN SEE THE ACTUAL FOOTAGE OF HOW MUCH MALICE IS BEING SENT MY WAY BECAUSE OF THESE SLANDEROUS STATEMENTS AND MALICIOUS DEFAMATIONS THAT'S BEING EXPOSED OF MY CHARACTHER. THE COMPEL OF THE VIDEO SECVILLECANCE WILL GIVE ACCOUNTABLE EVIDENCE THAT'S SHOWING THE OFFICERS OF THE DARLINGTON DETENTION CENTER ACTING IN THE MANNER OF CRIMINAL LAW TOWARDS ME BY STATING TO ME ALOT OF DEFAMATORY CRUEL STATEMENTS, SUCH AS I KNOW YOU HEAR THE PEOPLE ON THE JAIL ROOM AND CB'S DEVICES SAYING YOU'RE A CREEP THEY DON'T LIKE THE WAY YOU LOOK THEY WISH THAT YOU'LL KILL YOURSELF, THE DARLINGTON COUNTY OFFICIALS ARE ALSO ENTICING MY FELLOW INMATES TO SAY THE SAME THINGS AS WELL AS SEND ME THREATS OF THEM KILLING ME AND TAKING MY LIFE WHICH IS A VIOLATION OF MY 8TH AMENDMENT RIGHTS WHICH STATES THAT IT'S CRUEL AND UNUSUAL PUNISHMENT, AS WELL AS A RECKLESS ACT FOR A STATE OFFICIAL TO TREAT A INMATE OF THIS MANNER

WITNESSES TO THE COMPLAINT

| Name | Number |
|---|---|
| Samuel Buchunan | 36765-001 |
| Chris Roman | 20535-104 |
| Brandon Robinson | 20585-104 |
| Tarmain James | 77607-054 |
| Martinez | 20777-104 |
| Antwon Smith | 82710-004 |
| Besson | 20577-104 |
| Eaby | 18461-104 |
| Manuel Tupia | 20851-104 |
| Varlo Hamilton | 18467-104 |
| Uby Gonzalez | 78844-004 |
| (name unclear) Faly | 48966-069 |
| Kurt Donnovan | 20772-102 |
| Edgurdo De Jesus | 51866-069 |
| David Stoke | 20774-104 |
| George Gonzalez | 15463-104 |
| Mark Wolf | 188870-652 |
| Courtney Linder | 25964-104 |
| Yves Daniel Besson | 20877-104 |
| Alexander Mestra | 20772-104 |
| Jaime Escobar Meza | 20773-104 |
| Stevenson Johnny | 18450-104 |
| Jose Meak | 07402-004 |

Judge my name is Larry Blakney this is a case I'm presenting to you Pro-se I need a lawsuit form these are witnesses to this event that's taking place in this detention center in Miami FDC. Judge Wilkie D. Ferguson these events is really taking place and its putting my life in alot of danger. Could you please get someone to look into it...

Thanks my name: Larry Blakney, 34750-171
Federal Detention Center Miami
P.O. Box 019120
Miami, Florida 33101-9120

Larry Blakney, 34175-0171
Miami FDC
P.O. Box 019120
Miami, Fl, 33101-9120

Wilkie D. Ferguson Jr.
United States District Ct.
400 North Miami Ave
Miami Florida, 33128